```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 23536
   KIRK A ROSENDAHL
   SENGA E ROSENDAHL                         CHAPTER 13

                                             JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-1739    SSN XXX-XX-6736

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/14/07 and confirmed on 02/13/08.

     2.  The case was dismissed after confirmation, 10/17/2008.

     3.  The Debtor paid a total of $    6211.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                         PAID          PAID
-----------------------------------------------------------------------
HOMEQ SERVICING CORP     CURRENT MORTG          .00          .00           .00
HOMEQ SERVICING CORP     MORTGAGE ARRE     1684.92          .00       1684.92
CAPITAL ONE BANK         UNSECURED         2314.35          .00        378.96
CBCS                     UNSECURED        NOT FILED         .00           .00
ECAST SETTLEMENT CORPORA UNSECURED          431.48          .00         70.65
DIRECT MERCHANTS BANK    UNSECURED        NOT FILED         .00           .00
FFCC COLUMBUS INC        UNSECURED        NOT FILED         .00           .00
ECAST SETTLEMENT CORPORA UNSECURED         2042.99          .00        334.52
ECAST SETTLEMENT CORPORA UNSECURED         1110.34          .00        181.81
MERCHANTS CREDIT GUIDE   UNSECURED        NOT FILED         .00           .00
OSI COLLECTION SERVICES  UNSECURED        NOT FILED         .00           .00
THD CBSD                 UNSECURED        NOT FILED         .00           .00
WASHINGTON MUTUAL CARD S UNSECURED        NOT FILED         .00           .00
        Summary of disbursements:
-----------------------------------------------------------------------
                   SECURED    PRIORITY    UNSECURED      OTHER        TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED  1684.92        .00      5899.16        .00      7584.08
PRINCIPAL PAID      1684.92        .00       965.94        .00      2650.86
INTEREST PAID           .00        .00           .00        .00          .00
TOTAL PAID          1684.92        .00       965.94        .00      2650.86
The Debtor's attorney, JOHN C DENT                  , was allowed $   3500.00
and was paid $      295.00   direct and $    3205.00  through the plan.

The Trustee received $      355.14 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 01/21/09                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```